# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA LYNN SHORTY, JR**                                PLAINTIFF

v.                         No. 4:24-cv-118-DPM

**DOE**                                                    DEFENDANT

## ORDER

1. Shorty hasn't paid the filing and administrative fees ($405) or filed an application to proceed *in forma pauperis*. He must do one or the other by 21 March 2024. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to mail Shorty an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Shorty will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

3. Shorty's motions for copies, *Doc. 2 & 3*, are denied. The Court doesn't have access to the papers he seeks.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

20 February 2024