### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JOSHUA LYNN SHORTY, JR                                          PLAINTIFF

v.                                No. 4:24-cv-118-DPM

DOE                                                            DEFENDANT

### ORDER

1.      Shorty's application to proceed *in forma pauperis* remains incomplete.   He fails to provide a motion and, while he provides a certificate and calculation sheet, neither are signed by an authorized individual.   28 U.S.C. § 1915(a)(2).   His application, *Doc. 11*, is denied without prejudice.   Shorty has also informed the Court that he has been moved to the Arkansas State Hospital.   The Court directs the Clerk to update his address of record.

2.      Shorty must submit a completed application and certified calculations sheet by 17 May 2024.   If he doesn't, then the Court will dismiss his complaint without prejudice.   LOCAL RULE 5.5(c)(2).   The Court directs the Clerk to mail Shorty an application to proceed *in forma pauperis* and a blank § 1983 form.   If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Shorty will have to pay the $350 filing fee in monthly installments taken from his prisoner account.   28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_17 April 2024_