IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA LYNN SHORTY, JR                                      PLAINTIFF

v.                          No. 4:24-cv-118-DPM

DOE                                                         DEFENDANT

### ORDER

Shorty hasn't paid the filing or moved to proceed *in forma pauperis*; and he time to do so has passed. *Doc. 18.* His mail has been returned undeliverable. *Doc. 20.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 August 2024