IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA LYNN SHORTY, JR                                        PLAINTIFF

v.                          No. 4:24-cv-118-DPM

DOE                                                            DEFENDANT

## JUDGMENT

Shorty's amended complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 August 2024